NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODNEY SHIELDS,                         )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-437
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____ )

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Charles E. Roberts,
Judge.

Rodney Shields, pro se.


PER CURIAM.


          Affirmed.  See Shields v. State, 184 So. 3d 531 (Fla. 2d DCA 2015) (table

decision); Shields v. State, 129 So. 3d 371 (Fla. 2d DCA 2013) (table decision); Harris

v. State, 777 So. 2d 994 (Fla. 2d DCA 2000).


KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.